**Farzad SAM, Plaintiff—Appellant,**

v.

**ROCKWELL HUD SYSTEMS INC., Delaware Corporation; Kaiser Flight Dynamics Inc., a Delaware Corporation, dba Flight Dynamics, Defendants—Appellees.**

**Kambiz Ghahreman, Plaintiff—Appellant,**

v.

**Rockwell Hud Systems Inc.; Kaiser Flight Dynamics Inc., Defendants—Appellees.**

Nos. 01–35015, 01–35016.
D.C. Nos. CV–99–01749–KI,
CV 00–00077–KI.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 12, 2002.

Decided July 24, 2002.

Before GOODWIN, T.G. NELSON, and W. FLETCHER, Circuit Judges.

### ORDER*

The judgment appealed from is **affirmed** for the reasons stated in the opinion granting summary judgment by District Judge King.

AFFIRMED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.